```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Designated Counsel for Service
    801 I Street, 3rd Floor
 3  Sacramento, California  95814
    Telephone (916) 498-5700
 4

 5  Attorney for Defendant
    BRANDON BOYER
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0434-FCD |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | ) | |
| BRANDON BOYER, | ) | |
| Defendant. | ) | Date: October 15, 2007<br>Time: 10:00 a.m.<br>Judge: Frank C. Damrell Jr. |

It is hereby stipulated between the parties, Anne Pings, Assistant United States Attorney, attorney for Plaintiff, and Daniel J. Broderick, attorney for defendant, BRANDON BOYER, that judgment and sentencing in the above matter presently scheduled for October 15, 2007 be vacated, and continued to December 3, 2007 at 10:00 a.m..

This continuance is requested for the same reasons discussed in defense counsel's previous pleadings filed under seal.

The parties, through their respective counsel, hereby stipulate and agree that judgment and sentencing currently scheduled for October 15, 2007 be continued until December 3, 2007 at 10:00 a.m.

///

1  Dated: October 11, 2007

2                                          Respectfully submitted,

3
                                           /s/ Daniel J. Broderick
4                                          _____
                                           DANIEL J. BRODERICK
5                                          Federal Defender
                                           Attorney for Defendant
6                                          BRANDON BOYER

7

8  Dated: October 11, 2007                 MCGREGOR W. SCOTT
                                           United States Attorney
9

10                                         /s/ Daniel J. Broderick for
                                           _____
11                                         ANNE PINGS
                                           Assistant U.S. Attorney
12                                         Attorney for Plaintiff

13                                    **ORDER**

14      Pursuant to the stipulation filed by the parties, and for the

15  reasons stated therein, IT IS HEREBY ORDERED that judgment and

16  sentencing currently scheduled for October 15, 2007, be continued until

17  December 3, 2007 at 10:00 a.m.

18      **IT IS SO ORDERED.**

19  Dated:  October 11, 2007

20

21                                         _____
                                           FRANK C. DAMRELL, JR.
22                                         UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stip. Cont J&S                             2